UNITED STATES of America,
Plaintiff–Appellee,

v.

Severo ESCOBAR–GARZON, IV, a.k.a.
Junior, Defendant–Appellant.

No. 12–10529
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 29, 2012.

Sally Yates, George Jeffrey Viscomi, Assistant U.S. Attorney Lawrence R. Sommerfeld, Ryan Scott Ferber, Sandra Elizabeth Strippoli, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Robert Alan Glickman, Attorney at Law, Atlanta, GA, for Defendant–Appellant.

Severo Escobar–Garzon, IV, McRae, GA, pro se.

Before WILSON, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Robert Alan Glickman, appointed counsel for Severo Escobar–Garzon, IV, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record

reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Escobar–Garzon's conviction and sentence are **AFFIRMED.**